## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DEMATIC CORP., | Civil No. 08-4830 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART MOTION FOR TEMPORARY RESTRAINING ORDER** |
| SCOTT GILLETTE, | |
| Defendant. | |

Timothy R. Thornton, Matthew R. Brodin, and Timothy G. Gelinske, **BRIGGS & MORGAN, PA**, 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402; for plaintiff.

Dematic Corp. ("Dematic") has moved for a Temporary Restraining Order and Expedited Discovery. The Court has determined that Scott Gillette, the defendant, intends to hire counsel, but that counsel has not yet been retained. When counsel is retained, but not later than Tuesday, August 12, the Court will consider all aspects of the instant motion, and will determine a briefing schedule for consideration of a Motion for Preliminary Injunction together with necessary discovery.

For now, the Court finds that it is necessary to maintain the status quo in light of Dematic's submissions, which thus far are unopposed. The Court finds, on the basis of the record before it, that Dematic will suffer irreparable harm if temporary relief is not granted and it is likely to succeed on the merits.

# ORDER

Based on the foregoing records, files, and proceedings herein, **IT IS HEREBY ORDERED** that Dematic's Motion for Temporary Restraining Order and Expedited Discovery [Docket No. 6] is **GRANTED in part and DENIED in part**, as follows:

1. Scott Gillette is hereby enjoined from accessing, examining, copying, distributing, or disclosing any of Dematic's confidential business information, trade secrets, computer files, or any other property.

2. Gillette is further enjoined from using any of Dematic's protected information to compete with Dematic or solicit Dematic's customers or prospective customers in any way.

3. Any of Dematic's protected information in the possession of Gillette or any third party, including but not limited to Intelligrated, shall be retained and isolated and shall not be accessed by Gillette or any third party.

4. No bond is required.

5. Dematic's motion is denied in all other respects.

6. Plaintiff shall immediately provide the opposing party a copy of this Order.

The Court will address the remaining aspects of the instant motion in a teleconference with the parties. That teleconference is set for Tuesday, August 12, 2008, at 10:00 a.m.

DATED:   August 6, 2008                           s/ John R. Tunheim
at Minneapolis, Minnesota.                        JOHN R. TUNHEIM
                                                  United States District Judge