## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dematic Corp.,<br>a Delaware corporation,<br><br>          Plaintiff,<br><br>v.<br><br>Scott Gillette,<br>an individual,<br><br>          Defendant. | Court File No. 08-cv-4830 (JRT/FLN)<br><br>**ORDER OF<br>DISMISSAL<br>WITH PREJUDICE** |

The above entitled matter is hereby **DISMISSED WITH PREJUDICE** with the Parties bearing their own costs, expenses, disbursements and attorneys' fees based upon and according to the parties' Stipulation (Docket No. 35).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 15, 2009　　　　　　　　　　____s/ John R. Tunheim____
at Minneapolis, Minnesota.　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　United States District Judge